Argued and submitted February 4, affirmed December 26, 1991

LYLE R. THOMPSON,
*Appellant,*

*v.*

R. L. WRIGHT,
*Respondent.*

(CV90-254; CA A65482)

821 P2d 449

Wade P. Bettis, Jr., La Grande, argued the cause for appellant. With him on the brief was Bettis & Ricker, P.C., La Grande.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Affirmed. *Boone v. Wright*, 110 Or App 281, 822 P2d 719 (1991).

---

* Joseph, C. J., *vice* Newman, J., deceased.